UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Caren Burgos

Case No.: 17-23137 JKS

Chapter: 7

Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

Jeffrey A. Lester, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on August 22, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 31 E. Erie Ave., Rutherford, NJ Value about $430,000

Liens on property: SLS Mortgage Balance about $876,200

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee

Address: 374 Main Street, Hackensack, NJ 07601

Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Caren Burgos
Debtor

Case No. 17-23137-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2 Date Rcvd: Jul 28, 2017
Form ID: pdf905 Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.

db +Caren Burgos, 100 Garfield Avenue, Lodi, NJ 07644-1508
516906700 +Baxter Financial, LLC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609
516906701 +Bergen County Sheriff’s Office, 10 Main Street, Hackensack, NJ 07601-7071
516906702 +Bergen County Sherriff, 9000 Midlantic Drive, Mount Laurel, NJ 08054-1548
516906722 ++CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034
(address filed with court: Home Depot Credit Services, PO Box 182676, Columbus, OH 43218)
516906703 +Capital One, PO Box 30285, Salt Lake City, UT 84130-0285
516906704 +Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083
516906705 +Capital One Bank - World Elite, P.O. Box 71083, Charlotte, NC 28272-1083
516906706 Capital One Bank USA, NA, PO Box 71083, Bronx, NY 10459
516906707 +Civil Court, 10 Main Street, Hackensack, NJ 07601-7042
516906708 +Comenity - Game Stop, PO Box 659820, San Antonio, TX 78265-9120
516906709 +Comenity - HSN, PO Box 659820, San Antonio, TX 78265-9120
516906710 +Comenity - Overstock, PO Box 659705, San Antonio, TX 78265-9705
516906711 +Comenity - Pier 1 Imports, PO Box 659820, San Antonio, TX 78265-9120
516906712 +Comenity - Restoration Hardware, PO Box 659705, San Antonio, TX 78265-9705
516906713 +Comenity Bank J.Crew, Po Box 182789, Columbus, OH 43218-2789
516906714 +Comenity Bank Victoria’s Secre, Po Box 182789, Columbus, OH 43218-2789
516906715 +Comenity Ulta Beauty, PO Box 659820, San Antonio, TX 78265-9120
516906717 +Dr. Michael Gartner, 3 WInslow Place, Paramus, NJ 07652-2709
516906718 +Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673
516906719 +Fingerut - Advantage, PO Box 166, Newark, NJ 07101-0166
516906720 +Ford Motor Company, 1335 S. Clearview Avenue, Mesa, AZ 85209-3376
516906721 +Golds Gym Teterboro, Attn ABC Financial Services, PO Box 6800,
North Little Rock, AR 72124-6800
516906724 +Macys, PO Box 183083, Columbus, OH 43218-3083
516906727 +Parker McCay, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539
516906728 +Portfolio Recovery Assoc. LLC, 5425 Robin Hood Road, S201, Norfolk, VA 23513-2441
516906729 +Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020
516906730 +QVC, Attn GC Services, PO Box 3346, Houston, TX 77253-3346
516906731 +SLS, 8742 Lucent Boulevard, Suite 300, Littleton, CO 80129-2386
516906733 +Target National Bank, PO Box 660170, Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2017 22:23:33 U.S. Attorney, 970 Broad St.,
Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2017 22:23:32 United States Trustee,
Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100,
Newark, NJ 07102-5235
cr +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 22:20:46
Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021
516906716 +E-mail/PDF: creditonebknotifications@resurgent.com Jul 28 2017 22:20:22 Credit One Bank,
PO Box 60500, City of Industry, CA 91716-0500
516906723 +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2017 22:20:19 LVNV Funding,
PO Box 740281, Houston, TX 77274-0281
516906725 +E-mail/Text: bkr@cardworks.com Jul 28 2017 22:23:17 Merrick Bank, PO Box 30537,
Tampa, FL 33630-3537
516906726 +E-mail/Text: bankruptcydpt@mcmcg.com Jul 28 2017 22:23:32 Midland Funding, LLC,
8875 Aero Drive, Suite 200, San Diego, CA 92123-2255
516906732 +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 22:20:17 SYNCB/ Walmart, Po Box 965005,
Orlando, FL 32896-5005
516911054 +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2017 22:20:32 Synchrony Bank,
c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
TOTAL: 9

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2017 at the address(es) listed below:

Denise E. Carlon on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
Jeffrey Lester on behalf of Trustee Jeffrey Lester jlester@bllaw.com, NJ19@ecfcbis.com
Jeffrey Lester jlester@bllaw.com, NJ19@ecfcbis.com
U.S. Trustee. USTPRegion03.NE.ECF@usdoj.gov
William P. Bonomo on behalf of Debtor Caren Burgos nyattybill@aol.com, bonomolawecf@gmail.com;claudiacas45@hotmail.com;claudia@garanticesufuturo.com;claudiapatycastellanos@gmail.com;lediazlaw@gmail.com;r58406@notify.bestcase.com

TOTAL: 5